■ P.J. CARLIN CONSTRUCTION COMPANY and ATLAS TILE & MARBLE WORKS, INC., a Joint Venture, Appellant, v BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.—Order, Supreme Court, New York County (Karla Moskowitz, J.), entered on November 5, 1987, unanimously affirmed for the reasons stated by Moskowitz, J., without costs and without disbursements. Concur—Kupferman, J. P., Sullivan, Ross, Carro and Asch, JJ.

■ In the Matter of MAJOR v NEW YORK STATE DEPARTMENT OF SOCIAL SERVICES.—Upon the court's own motion, its order (140 AD2d 1009) entered on May 24, 1988 vacated. Concur—Sandler, J. P., Sullivan, Asch, Milonas and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v CARLOS PUJALS.—Upon the court's own motion, its order (137 AD2d 102) entered on May 19, 1988 and accompanying opinion are amended by deleting the words "without compensation" therefrom, and substituting therefor the words "with compensation". Concur—Kupferman, J. P., Ross, Asch, Kassal and Ellerin, JJ.

■ In the Matter of GENE CRESCENZI, a Disbarred Attorney. —Reargument or reconsideration, and other relief, denied in the entirety. Concur—Kupferman, J. P., Sullivan, Ross, Asch and Milonas, JJ.